United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-15299-ref
Sherly Regis                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR          Page 1 of 1          Date Rcvd: Nov 13, 2018
                            Form ID: 215         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2018.
```
db         +Sherly Regis,    211 Montrose Blvd.,    Reading, PA 19607-1021
14179404    Ability Recovery Servic,    Wyoming, PA 18644
14213385    Bayview Loan Servicing, LLC,    P.O. Box 840,    Buffalo, NY 14240-0840
14188314   +Bayview Loan Servicing, LLC,    c/o KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
             Philadelphia, PA 19106-1541
14179405   +Citibank,    PO Box 6181,    Sioux Falls, SD 57117-6181
14179406   +I C Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14214941       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2018 02:59:59
             LVNV Funding, LLC its successors and assigns as,    assignee of OSI Funding, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14179407       E-mail/Text: camanagement@mtb.com Nov 14 2018 03:07:43     M & T Bank,   1 Fountain Plz,
             Buffalo, NY 14203
14179408      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2018 03:07:55     Midland Funding,
             2365 Northside Dr. Ste 30,    San Diego, CA 92108-2709
14179409      +E-mail/Text: Bankruptcies@nragroup.com Nov 14 2018 03:08:18     National Recovery Agency,
             2491 Paxton Street,    Harrisburg, PA 17111-1036
14179410       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 03:24:10
             Portfolio Recovery Assoc.,    120 Corporate Blvd.,    Norfolk, VA 23502
14213919       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 03:24:10
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14179961      +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 02:59:54     Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                          TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14179411*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Assoc.,    120 Corporate Blvd.,
             Norfolk, VA 23502)
14179412*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Assoc.,    120 Corporate Blvd.,
             Norfolk, VA 23502)
                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2018 at the address(es) listed below:
```
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Sherly  Regis tobykmendelsohn@comcast.net
              KEVIN G. MCDONALD    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In re:                                                              : Chapter 13
                                                                    :
Sherly Regis                                                        : Case No. 18−15299−ref
      Debtor(s)                        :
_____

### *NOTICE OF MATERIAL MISSTATEMENT OF DEBTOR'S INCOME, EXPENSES OR ASSETS,*

   In accordance with 28 U.S.C. Section 586(f)(1), the United States Trustee contracted for an audit to be performed of the above−captioned debtor's petition, schedules and other information filed and/or provided by the debtor in this case.

   NOTICE IS HEREBY GIVEN that the audit revealed one or more material misstatements concerning the debtor's income, expenses and/or assets. **The Report is not a legal determination, and the legal effect of the auditor's finding of material misstatement is a question for the Court.** The audit report has been filed with the Court and is available for review by parties in interest.

11/13/18

                                                   Timothy B. McGrath, Clerk

                                                   /s/ Sara I. Roman
                                                   Deputy Clerk