IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SHERLY REGIS, | : | BANKR. NO. 18-15299-REF |
| | : | |
| Debtor. | : | |

### CONSENT ORDER REGARDING RESULTS OF DEBTOR AUDIT

Andrew R. Vara, the Acting U. S. trustee for Region 3 through his undersigned counsel and Brenna Hope Mendelsohn, Esq. ("Debtor's Counsel") hereby consent to the entry of an order providing as follows:

### RECITALS

WHEREAS on August 9, 2018, Debtor's Counsel commenced this case by filing a Petition for relief under chapter 13 of the United States Bankruptcy Code for Sherly Regis (the "Debtor").

WHEREAS on August 27, 2018, notice that this case was selected for audit was placed on the docket by the U. S. trustee.

WHEREAS November 12, 2018, a Report of Audit with Material Misstatement was filed (the "Audit Report").

WHEREAS subsequent to the filing of the Audit Report the U. S. trustee and Debtor's Counsel engaged in a series of communications regarding the items identified in the Audit Report and other issues regarding the commencement of this case and the information contained in several documents prepared and filed by Debtor's Counsel on behalf of the Debtor, including various discrepancies regarding such information.

WHEREAS prior to the filing of a motion or the commencement of any other

action related to the issues referenced above and desiring to avoid both the risks and additional costs and delay associated with litigation the U. S. trustee and Debtor's Counsel reached an agreement to resolve these issues as follows:

1. Within fourteen days of the date of the subjoined Order Debtor's Counsel shall disgorge and return to the Debtor the fees she received from the Debtor in the amount of $625.

2. Debtor's Counsel shall provide the U. S. trustee with evidence of the above referenced refund within seven days of the refund being paid to the Debtor.

3. Debtor's Counsel shall complete two hours of ethics training within six months of the date of the subjoined Order and shall provide the U. S. trustee with evidence of her compliance with this provision within fourteen days of the completion of same.

4. Each of the parties hereto shall bear their own costs and expenses associated with this matter.

## ORDER

AND NOW this ___ day of February, 2019, upon consideration of above recitals and the consent of the undersigned parties, the provisions set forth above are hereby made an order of this Court. The Court shall retain jurisdiction over this matter notwithstanding the subsequent entry of an order dismissing this case, if any.

**Date: March 11, 2019**

Honorable Richard E. Fehling
Chief United States Bankruptcy Judge

## CONSENT

The terms and conditions of the forgoing order are hereby acknowledged,

accepted and agreed to by the undersigned parties, by and through their respective counsel as applicable.

BRENNA HOPE MENDELSOHN, ESQ.

*/s/ GEORGE M. LUTZ, ESQ.*
*COUNSEL FOR*
Brenna Hope Mendelsohn, Esq.
Debtor's Counsel

Dated: March 6, 2019

ANDREW R. VARA
Acting U. S. trustee

*/s/ Dave P. Adams*
Dave P. Adams, Esq.
Counsel for the U. S. trustee

Dated: March 6, 2019

Case 18-15299-ref    Doc 34    Filed 03/11/19    Entered 03/11/19 15:35:53    Desc Main
Document      Page 4 of 4