United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sherly Regis  
    Debtor

Case No. 18-15299-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Mar 11, 2019  
                          Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.  
db         +Sherly Regis,   211 Montrose Blvd.,   Reading, PA 19607-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2019 02:52:38     Synchrony Bank,  
          c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                            TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr          Bayview Loan Servicing, Inc. c/o M&T Bank
                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2019 at the address(es) listed below:  
              BRENNA HOPE MENDELSOHN   on behalf of Debtor Sherly   Regis tobykmendelsohn@comcast.net  
              DAVE P. ADAMS    on behalf of U.S. Trustee   United States Trustee dave.p.adams@usdoj.gov  
              KEVIN G. MCDONALD   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
              ROLANDO   RAMOS-CARDONA   on behalf of Trustee SCOTT   WATERMAN RRamos-Cardona@fredreiglech13.com  
              SCOTT   WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com  
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
              WILLIAM   MILLER*R   on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,  
               ECF_FRPA@Trustee13.com  
                                                                                          TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| SHERLY REGIS, | : BANKR. NO. 18-15299-REF |
| Debtor. | : |

**CONSENT ORDER REGARDING RESULTS OF DEBTOR AUDIT**

Andrew R. Vara, the Acting U. S. trustee for Region 3 through his undersigned counsel and Brenna Hope Mendelsohn, Esq. ("Debtor's Counsel") hereby consent to the entry of an order providing as follows:

**RECITALS**

WHEREAS on August 9, 2018, Debtor's Counsel commenced this case by filing a Petition for relief under chapter 13 of the United States Bankruptcy Code for Sherly Regis (the "Debtor").

WHEREAS on August 27, 2018, notice that this case was selected for audit was placed on the docket by the U. S. trustee.

WHEREAS November 12, 2018, a Report of Audit with Material Misstatement was filed (the "Audit Report").

WHEREAS subsequent to the filing of the Audit Report the U. S. trustee and Debtor's Counsel engaged in a series of communications regarding the items identified in the Audit Report and other issues regarding the commencement of this case and the information contained in several documents prepared and filed by Debtor's Counsel on behalf of the Debtor, including various discrepancies regarding such information.

WHEREAS prior to the filing of a motion or the commencement of any other

Page 1 of 3

action related to the issues referenced above and desiring to avoid both the risks and additional costs and delay associated with litigation the U. S. trustee and Debtor's Counsel reached an agreement to resolve these issues as follows:

1. Within fourteen days of the date of the subjoined Order Debtor's Counsel shall disgorge and return to the Debtor the fees she received from the Debtor in the amount of $625.

2. Debtor's Counsel shall provide the U. S. trustee with evidence of the above referenced refund within seven days of the refund being paid to the Debtor.

3. Debtor's Counsel shall complete two hours of ethics training within six months of the date of the subjoined Order and shall provide the U. S. trustee with evidence of her compliance with this provision within fourteen days of the completion of same.

4. Each of the parties hereto shall bear their own costs and expenses associated with this matter.

## ORDER

AND NOW this ____ day of February, 2019, upon consideration of above recitals and the consent of the undersigned parties, the provisions set forth above are hereby made an order of this Court. The Court shall retain jurisdiction over this matter notwithstanding the subsequent entry of an order dismissing this case, if any.

**Date: March 11, 2019**

Honorable Richard E. Fehling
Chief United States Bankruptcy Judge

## CONSENT

The terms and conditions of the forgoing order are hereby acknowledged,

Page 2 of 3

accepted and agreed to by the undersigned parties, by and through their respective counsel as applicable.

BRENNA HOPE MENDELSOHN, ESQ.

*GEORGE M. LUTZ, ESQ.*
*COUNSEL FOR*
Brenna Hope Mendelsohn, Esq.
Debtor's Counsel

Dated: March 6, 2019

ANDREW R. VARA
Acting U. S. trustee

Dave P. Adams, Esq.
Counsel for the U. S. trustee

Dated: March 6, 2019