United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-15299-amc
Sherly Regis                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS          Page 1 of 2          Date Rcvd: Jun 04, 2019
                              Form ID: 152            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2019.
```
db              +Sherly Regis,    211 Montrose Blvd.,    Reading, PA 19607-1021
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14179404         Ability Recovery Servic,    Wyoming, PA 18644
14213385         Bayview Loan Servicing, LLC,    P.O. Box 840,    Buffalo, NY 14240-0840
14188314        +Bayview Loan Servicing, LLC,    c/o KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                  Philadelphia, PA 19106-1541
14179405        +Citibank,    PO Box 6181,    Sioux Falls, SD 57117-6181
14179406        +I C Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2019 03:03:09
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 05 2019 03:03:39     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14259538        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 05 2019 03:03:40
                  Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd.,    5th Floor,
                  Coral Gables, FL 33146-1837
14214941         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 05 2019 03:07:36
                  LVNV Funding, LLC its successors and assigns as,    assignee of OSI Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14179407         E-mail/Text: camanagement@mtb.com Jun 05 2019 03:02:46      M & T Bank,    1 Fountain Plz,
                  Buffalo, NY 14203
14179408        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 05 2019 03:03:20      Midland Funding,
                  2365 Northside Dr. Ste 30,    San Diego, CA 92108-2709
14179409        +E-mail/Text: Bankruptcies@nragroup.com Jun 05 2019 03:04:03      National Recovery Agency,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
14179410         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2019 03:07:32
                  Portfolio Recovery Assoc.,    120 Corporate Blvd.,    Norfolk, VA 23502
14213919         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2019 03:07:34
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14179961        +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:07:01      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Bayview Loan Servicing, Inc. c/o M&T Bank
cr*             +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14179411*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Assoc.,     120 Corporate Blvd.,
                  Norfolk, VA 23502)
14179412*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Assoc.,     120 Corporate Blvd.,
                  Norfolk, VA 23502)
                                                                                   TOTALS: 1, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: BarbaraS             Page 2 of 2                   Date Rcvd: Jun 04, 2019
                              Form ID: 152               Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2019 at the address(es) listed below:
         BRENNA HOPE MENDELSOHN    on behalf of Debtor Sherly  Regis tobykmendelsohn@comcast.net
         DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
         KEVIN G. MCDONALD    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
         ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
          ecfmail@readingch13.com,   ecf_frpa@trustee13.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
          ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Sherly Regis
    Debtor(s)

Case No: 18−15299−amc
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 7/11/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601


    For The Court

    Timothy B. McGrath
    Clerk of Court

39 −
Form 152