United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-15299-amc
Sherly Regis                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: Stacey              Page 1 of 2              Date Rcvd: Jul 11, 2019
                                Form ID: pdf900           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.
```
db              +Sherly Regis,    211 Montrose Blvd.,    Reading, PA 19607-1021
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14179404         Ability Recovery Servic,    Wyoming, PA 18644
14213385         Bayview Loan Servicing, LLC,    P.O. Box 840,    Buffalo, NY 14240-0840
14188314        +Bayview Loan Servicing, LLC,    c/o KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                  Philadelphia, PA 19106-1541
14179405        +Citibank,    PO Box 6181,    Sioux Falls, SD 57117-6181
14179406        +I C Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2019 11:05:15
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2019 11:05:27     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14259538        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 12 2019 11:05:27
                  Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd.,    5th Floor,
                  Coral Gables, FL 33146-1837
14214941         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2019 03:01:36
                  LVNV Funding, LLC its successors and assigns as,    assignee of OSI Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14179407         E-mail/Text: camanagement@mtb.com Jul 12 2019 11:05:01     M & T Bank,    1 Fountain Plz,
                  Buffalo, NY 14203
14179408        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 12 2019 11:05:19     Midland Funding,
                  2365 Northside Dr. Ste 30,    San Diego, CA 92108-2709
14179409        +E-mail/Text: Bankruptcies@nragroup.com Jul 12 2019 11:05:47     National Recovery Agency,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
14179410         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 03:12:33
                  Portfolio Recovery Assoc.,    120 Corporate Blvd.,    Norfolk, VA 23502
14213919         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 03:01:35
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14179961        +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 03:01:47     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Bayview Loan Servicing, Inc. c/o M&T Bank
cr*             +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14179411*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:  Portfolio Recovery Assoc.,     120 Corporate Blvd.,
                  Norfolk, VA 23502)
14179412*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:  Portfolio Recovery Assoc.,     120 Corporate Blvd.,
                  Norfolk, VA 23502)
                                                                                              TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                         Signature:   /s/Joseph Speetjens

```
District/off: 0313-4          User: Stacey              Page 2 of 2              Date Rcvd: Jul 11, 2019
                              Form ID: pdf900           Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Sherly  Regis tobykmendelsohn@comcast.net
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              KEVIN G. MCDONALD    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

SHERLY   REGIS

                                          : Bankruptcy No. 18-15299REF
     Debtor(s)                     : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

BY THE COURT

**Date: July 11, 2019**

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING PA 19601-

SHERLY   REGIS
211 MONTROSE BLVD
READING,PA.19607